Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

```
FILED      ____ LODGED
____ RECEIVED ____ COPY

     NOV 1 7 2023

CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
BY_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
## for the
### District of Arizona

| | |
|---|---|
| Sharyl Guthrie <br><br> _____ <br> *Plaintiff(s)* <br> *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* <br> -v- <br> *see attached <br><br> _____ <br> *Defendant(s)* <br> *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. **CV23-02410-PHX-SPL--ESW** <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* ☐ Yes ☐ No |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

    **A. The Plaintiff(s)**

        Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Sharyl Guthrie |
| Street Address | 3618 N 21st Drive |
| City and County | Phoenix Maricopa County |
| State and Zip Code | Arizona 85015 |
| Telephone Number | (602) 907-0203 |
| E-mail Address | cybershari67@hotmail.com |

    **B. The Defendant(s)**

        Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Phoenix Police Department and Sergeant Jackson |
| Job or Title *(if known)* | Professional Standards Bureau |
| Street Address | 620 W Washington Street |
| City and County | Phoenix Maricopa County |
| State and Zip Code | Arizona 85003 |
| Telephone Number | (602) 262-6151 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Phoenix Fire Department |
| Job or Title *(if known)* | Chief Mike Duran or OSI Administrator |
| Street Address | 150 S 12th Street |
| City and County | Phoenix Maricopa County |
| State and Zip Code | Arizona 85034 |
| Telephone Number | (602) 262-6297 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Officer Collin Morris #11093 |
| Job or Title *(if known)* | PPD Officer Maryvale Precinct |
| Street Address | 6180 W Encanto Blvd. |
| City and County | Phoenix MARICOPA |
| State and Zip Code | Arizona 85035 |
| Telephone Number | (602) 495-5008 |
| E-mail Address *(if known)* | Collin.Morris@phoenix.gov |

Defendant No. 4

| | |
|---|---|
| Name | Sergeant Ryan Snider #08414 |
| Job or Title *(if known)* | Supervisor Maryvale Precinct |
| Street Address | 6180 W Encanto Blvd. |
| City and County | Phoenix MARICOPA |
| State and Zip Code | Arizona 85035 |
| Telephone Number | (602) 495-5008 |
| E-mail Address *(if known)* | Ryan.Snider@phoenix.gov |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question        [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

42, USC, Chapter 21, Section 1983;
42 USC, Chapter 21, Section 1985 (3) & 1986;
18, USC Chapter 13, Section 241 & 242;
18 USC, Chapter 109, Section 2236

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

May 27, 2023 the leased vehicle I was driving was struck hard by another driver on a private property owned by Walmart Real Estate Trust. I called 911 and asked for EMT to check blood pressure since I couldn't catch my breath, I have diagnosis hypertension and possible back injury. Operator dispatched PFD and told me that I must exchange information with the other driver, that by PPD policy won't provide crash reports on private property. The other driver did get out to tell me my car has only a scratch and I'm not hurt then proceeded to leave. So I call 911 again and tell the same female that I need an officer to do a hit-and-run report. She dispatched an officer. (*cont'd see attached)

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

PPD never provided any report whatsoever for the owners of the vehicle to make claim on a commercial fleet policy. I was told several times by 911 operators and PPD officers that the policy is only to provide reports if damages are above $6000 but there is no ARS code that allows a municipal entity to adopt policy violating AZ law. The company holds me responsible for the loss of the vehicle plus the fleet income loss amounting to $17,200. My own income ended abruptly without a vehicle to return on Uber amounting to $10,800 over a period of six months currently.

I am still injured and have been unable to return to any work. AHCCCS has covered the expense but may seek reimbursement as well. I had to cancel moving to Texas to finally be close to family after the pandemic and drive for Uber there. My mother had been recently placed in hospice with stage 4 bone cancer so I may never get to see her before she passes away. There's the debt that is accruing unable to pay bills and rent. The misconduct of the two officer and firefighter has not been resolved by many complaints to PPD and PFD so I ask for a fair amount of $75,000 from each entity totaling $150,000 to replace income loss, cover the debt I owe and for hardship endured.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    11/15/2023

Signature of Plaintiff    _Sharyl Guthrie_

Printed Name of Plaintiff    Sharyl Guthrie

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

Defendants

1. Phoenix Police Department, Professional Standards Bureau
   Sergeant Jackson

2. Officer Collin Morris #11093

3. Supervisor Sergeant Ryan Snider #08414

4. Phoenix Fire Department,
   Office of Special Investigations (OSI) Administrator
   Chief Mike Duran
   Unnamed Unknown Phoenix Firefighters

III. Statement of Claim (cont'd)

The siren of a fire department vehicle sounded like it came from the area of Station 59. My glasses had been knocked off my face when my head hit my door window and I had not found them yet. This is important because I didn't notice nor think to look for the number on the truck. I explain this because not only have my complaints to the PFD about this unnamed firefighter been continuously ignored, to this day, I have no clue what his name is or what fire station he was dispatched from. Other members of the PFD could not tell me his name when I called the non-emergency number a few days later. They don't have any way to look up data, only to record information on a complaint form.

When PFD arrived it was one lead firefighter driving a group of youth in a loud ladder truck. EMT responses are usually always in a square triage truck. So I started thinking this is weird already. The crew leader is a body building type, muscular and fit, African American man who was leading a "crew" that did not know what to do at all. There was an entire 4 or 5 person crew of young African American men who were running around the truck opening and closing the various compartments without removing anything. The firefighter or crew leader was the only one who engaged in one on one conversation with me the entire time.

My first impression was a positive one, seeing this group, I began thinking maybe they are young recruits or they could have been family members enjoying a ride on a ladder truck as they do on occasion. The PFD will also take donations to various charities then you can schedule your kids to ride in the ladder truck at your local fire station.

At that time, I had only begun to control my breathing and was still extremely upset. I needed a blood pressure check as I have a diagnosis of hypertension. I had been crying over this hit-and-run, a major loss for the company and I. The firefighter walked towards the car with the young crew trailing behind him. I don't remember seeing the official firefighters blue t-shirts with their name printed on it. The firefighter and crew never introduce themselves the entire time.

It is my experience with all PFD and EMT that they always introduce themselves upon arrival. They also identify the injured person who made the call. As the firefighter approaches, I open my door and stand up slowly outside my car door and he only asks, "what happened." Then before I can barely tell him anything he interrupts me with comments that I am wasting their time on Memorial Day weekend.

This behavior is even stranger to me so I tell him that I would like to refuse the service call and I say, "I will take myself to Urgent Care…"

The firefighter interrupts again while he did not hear me say, "after the officer provides a crash report," with a snide remark, saying "oh what do you want me to do? call an ambulance for you?"

That's when I started yelling so I could be heard over the loud ladder truck engine still running, "You need to back away and leave me alone!" I yell this three or four times. The firefighter turns to walk away. I knew dispatch said they were sending an officer so I tried to get back in the car. I am still in great pain in my lower back, and I became more upset crying over the firefighter's remarks. When I turned to sit down, he scared me coming back up behind me and I jolted. The firefighter reaches out to touch my left arm with his right hand, he says, "I think we need to check you out anyway!"

My immediate reaction was to raise my hand to block his and I gently pushed his hand away. It was at this point that the firefighter began to violate my rights, 18 USC § 242 acting under color of law, as each member is in service of a local government entity officially sworn by oath to uphold the law. I get inside and roll the window up when the firefighter starts yelling at me, "that's it you're going to jail for touching me!" I roll down the window and say "that's ridiculous!"

The firefighter calls one of the young crew members by name and he says, "go call police and tell them I was assaulted!" which the young man does and the firefighter continues to yell out like he's trying to get public attention, "help help she assaulted me!"

So 911 received another call that does not have an ID number on the open data set for "calls to service" or he radioed in the call. Dispatchers must have advised the police of the "assault" who was en route to our location. That firefighter stood right beside my car and continued to yell, "don't leave ...don't you leave..." I did start the car to check the lights and yes I was planning to attempt to reverse away from him but I was not leaving without a crash report. However he called the young men over and told them to block my car from leaving. When the lone officer in a SUV arrived, they came and stood right by the crew leader's side, all in a row, only a few feet away from my driver door.

This firefighter immediately started waving over and calling out to the PPD Officer as he got out of his vehicle. This officer was dispatched to my 911 call for service to provide an Arizona Crash Report and I was hoping he would take the time to get with Brosnan Security who already had the hit-and-run driver's plate number. But the officer allowed the firefighter to interrupt and stood between us with his back to my driver door. The officer pulled out a notebook to take statements for about five minutes from each crew member one by one while writing in his notebook. It was like a game they were playing.

It was at that point that actions under 18 USC § 242 and 241 began as they started to conspire together throughout the rest of the incident that violated my civil rights. The firefighter and crew members all lied to the officer, saying I raised my right fist above my head to strike him in the face. I had been bruised and was in pain on my right side, lower back and rib cage. There's no way I could have raised my right arm above my head. Besides, I was standing in the door of my car with only my left side exposed. During the time that the officer was taking their statements, I should have called 911 back to report this ridiculous false reporting of assault on the firefighter. Instead I was desperately attempting to reach the 24 hour maintenance voicemail service for the lease company. There was no answer at the company as everyone was on vacation.

The officer also did not introduce himself and told me to get out of the car. I open my door and he says, "stand up you're under arrest." I said, "You can't arrest me for this."
And with no questions about what happened from my side of the story, the officer grabbed my hand, twisted it under my wrist to maneuver me to my knees. Both knees were torn through my jeans and bleeding later. He pushed me down hard face first and I had to turn my head to the right to avoid getting my nose smashed. Then he held me down with his forearm and elbow hard into my upper back. I am trying to yell at him to stop when I hear a crack in my neck and suddenly I couldn't breath at all for a few minutes after that. The officer also dropped his knee into my injured rib cage on my right side, which dislocated two ribs. He placed his handcuffs on me, then jerked me up by my upper arm digging cut marks from his fingernails into my flesh. He violently pushes me into the back of a Phoenix PD SUV.

The officer detained me without following proper procedures of the new policy issued by Interim Chief Michael Sullivan in Jan 2023 for Use of Excessive Force. He exacerbated the injury from the hit-and-run by dropping his knee onto a prone detainee, which is a *NEVER DO action listed in the policy use of force techniques. The handcuffs were so tight, there were bruises all over my forearms and wrists with numbness lasting more than two weeks. My long hair covered my face and was stuck in my eyes and in my mouth. When the officer tried to question me about the incident I could not speak without trying to spit the hair out of my mouth. When I did that, the officer accused me of spitting at him and said, "if you're going to spit at me then there's no sense talking to you." Then he slammed the door on me. He had the SUV running and the AC was up full blast and I could not hear most of the conversation between the firefighter and police officer.

The lone officer illegally searched the vehicle at the urging demand of the firefighter who was making other false claims by saying, "she's probably on drugs." The firefighter says,"You should

search her car." The officer says, "oh yeah." He spends about five minutes searching the leased Prius, even opening the hatchback. Violating rights under 18 USC 109 § 2236 without any warrant or reason. He doesn't find anything, I hear him loudly say to the firefighter, "It's clean." I do keep the beautiful Prius spotless. Later when I returned, my wallet had been dumped into the console and $400 that I had in cash to pay rent was missing.

During the search, two more officers show up in kevlar in response to the firefighters call and were confused about what was happening. I yelled for one of those officers to call a female supervisor but one of them stated, "it's not my call now." They even assisted him by removing me just outside the vehicle door, each holding by my arms when I was screaming in pain with dislocated ribs in my back, to search my pockets. I had no front pockets on my jeans, and he violently struggled with me in my condition to remove a locking key chain from my belt loop.

He then returned to the commercial Prius and backed into a parking spot. He removed my ID from my wallet and for the first time he read my name. He took apart my keychain, bringing only the key fob, and did not bring my whole wallet as I requested, only my ID. And he grabbed my glasses for me. I wear glasses to correct nearsighted vision and have to have them to see in the distance. But he would not remove the hair from my face and allow me my glasses. Nor would he loosen the handcuffs.

The officer got inside the SUV as the fire department crew left. Then immediately afterwards the two officers left. I remained in the same condition, detained for two and half hours unnecessarily, and I am certain that the officer could possibly be found guilty of criminal negligence under Arizona Law. During this time, he drove away from the incident area and parked at an unknown location. He ignored my questions about why he was arresting me.

He was surprised by my age when he looked over my ID asking me, "You're 55?"

Then he asks me, "How long have you been sober?" I knew he found my six year medallion in my wallet from AA. I say, "six years." The officer was starting to realize then that he made a huge mistake. I yelled at him over and over that he had injured me, that my rib cage was causing severe pain and needed medical treatment. I also kept demanding a female supervisor's response. I only got ignored. I was getting scared of what he might try to do to me so I made comments that the owner of the company had been informed of the accident and they are going to be looking for me. I told him that a friend was on the way and would also be looking for me to ensure that he would not try to do anything else. He just sat there looking through my rap sheet trying to find anything else he could actually bring me in on. He offered me an option. He said I could voluntarily commit to suicide observation or go to jail and be booked in for assault on a public servant. He also added that it's a holiday weekend and I would not go up in

front of a judge for release until Tuesday. I didn't say anything but I do know that's not true. IA court occurs at all times through the day and night by video closed circuit within 24 hours after arrest to hear jail inmate charges. There is actually only one day that IA court observes and it's Christmas Day.

I pleaded with the officer once more saying, "if you don't want to charge me with anything, then just take me to Dignity Hospital nearby so I can be treated for my injuries. We can call a supervisor to report the false accusations of that firefighter. And can we please get a hit-and-run investigation started for the company that owns the car." He responded with, "no I can't do that."

Two and half hours after the incident, around 7:45 pm, we arrived at an RRC unit in Peoria 15 miles away from the commercial vehicle, 13 miles away from my home, with only my phone, ID and glasses in my property that were not returned to me until after a release from the facility around 2 am the following morning. I was coerced into voluntary suicide observation which is a serious misuse of a community program that was set in place long ago by S.A.M.H.S.A and is a branch of the U.S. Department of Health and Human Services. The PPD is contracted with local mental health facilities to provide crisis support to individuals who are not under arrest but need an evaluation so they are not a harm to themselves or someone else. It's not intended to be used as a dumping ground to hide accidents and mistakes that PPD have made in detaining individuals with use of excessive force.

Before the officer could leave the facility, I had to do an intake and sign myself in. I asked the intake peer to please move my hair from my face so I can see. The peer moved my hair away from my face which still had bits of gravel embedded in my cheek flesh and has left permanent scarring of my skin with tiny dots. That moment when he moved my hair from my eyes, the officer turns around facing the door to prevent me from reading his name badge. The nurse says, "you have to remove the handcuffs before you may leave. We don't have handcuff keys." And he says, "turn around." And he removed them. My hands were so numb I couldn't hold the pen to sign myself in. I did acquire a copy of the initial assessment report from RI showing that I am not suicidal at all, my drug screen was negative and I blew .000 for alcohol. In one of the notes made by a male nurse on duty that night for clinician comments and considerations of my assessment risk, he wrote, "Anything in the environment can be used as a weapon."

The officer failed to create a crash report covered under ARS code for law enforcement crash reporting. I was told by the 911 operator and then by Sergeant Jackson of the PSB that it is a department policy to only provide AZ Crash Report for damages more than $6000 on a private property. I cannot find any State nor Municipal law that allows a municipality to adopt their own policy for crash reporting on private property. That becomes a violation of State Law

as it states Law Enforcement must provide a crash report that occurred on public or private property when there are damages without injury that exceed $2000. If PPD officers were unavailable they could have said so and then I had a right to call MCSO for a deputy to assist.

Under 42 USC § 1986 violations, our complaints to each department produced no resolution. My phone calls and emails have gone unanswered with PPD PSB and PFD OSI. Vague details on the open data sets are available and my call for requests about the hit-and-run were dispositioned as a 918T Transport to Mental Health. PPD records division won't provide body cam footage to try and hire a lawyer. They only say that the requests are so backlogged, that my request cannot be fulfilled for possibly two years.

No incident reports were created at all by the police officer nor the firefighter and I have no official report nor resolution from either department's internal investigations after many complaints. The PFD staff has ignored my complaints over and over again. I have emailed the OSI administration and anyone with an email address that I could find connected to the PFD. One member who was monitoring the messenger app connected to the PFD Facebook page said they would make sure that a complaint form would be sent directly to Chief Mike Duran but I never received any response from that.

I have exhausted all my resources. I've contacted the Arizona State Bar, Maricopa County Attorney referral service and even paid the $50 to get referrals and still no attorney would speak to me beyond the question of "do you have body cam footage?" There is great footage to subpoena also from IP cameras installed at the property by private security companies. That footage will prove that I never raised a fist above my head to strike the firefighter in the face. The security company has told me that the footage is stored and can be accessed only by an attorney to show a court order for the footage. And there are expensive fees to pay to the security company for retrieving the footage. No attorney can go forward risking their integrity without reviewing the body cam or something to start with.

I've called the Mayor's Office of Accountability and Transparency, Arizona Attorney General, my local councilwoman, and finally AZPOST. I currently have an ongoing complaint with AZPOST compliance specialist, Mike Deltenre. He has requested reports from the PSB about the incident and has urged me to continue seeking answers to my complaints. No one has even emailed back to AZPOST any confirmation of that request nor have they reported back to him. With the deadline coming up I must file this complaint on my own. I have addressed Officer Collin Morris #11093 as only the officer throughout my statement because up until a few weeks ago I had been unable to find out what his name is. A PPD Detective Hardina #8076 did call one time and asked questions regarding the firefighter. He also refused to disclose their names.

To the Honorable Chief Judge, District Judges and Magistrates
of the US 9th District Court of Arizona,
November 17, 2023

I want to apologize for the lengthy statement of claim in my complaint. I think all of the details in this complaint are so important at this stage. I need to assure everyone who makes any decision for this complaint that this claim is not frivolous, everything I am claiming is true, and I am willing to swear upon honesty in any court of law and in front of a jury of my peers! I would also leave the choice of judge or jury trial to the defendants if my complaint is accepted into a civil action here. I experienced horrible violations of federally protected civil rights under color of law. These kinds of violations that should be considered in a case for trial, have been going on for quite some time. There are likely many other law abiding citizens whose rights have been violated before in a similar manner. The strategy used by PPD and PFD to cover up many mistakes, starting with making it almost impossible to get reports, body cam, etc. for these incidents involving serious civil rights violations under color of law, continues to be an ongoing practice of both Phoenix Police and Fire Departments. I am aware that measures are already being taken, as I write this, to bring violations of this kind to the surface as major changes in the chain of command are happening within the PPD.

My name is Sharyl Guthrie, friends call me Shari O., and I am a single 56 year old widow and registered voter, resident of Phoenix for 30 years. I live in a room in a house rented from an elderly retired woman with my two cats. Not only was I driving for Uber at the time of this incident, I was just about to complete applications to ASU online with 100% tuition coverage for one person from benefits designed by Uber for Diamond Drivers or family members. I can finally get a university degree even at my age.

My current education is through community colleges. In 2002 I applied for peer support training and education through Maricopa East Treatment Alternative or M.E.T.A. Services which evolved into Recovery Innovations International. Gateway Community College awarded all of us graduates of that program with a paraprofessional certification in behavioral health. This certification is known as Peer Support Certification now in many of the behavioral health providers throughout Maricopa County and even the entire country has moved forward with programs that hire the consumers who received recovery services for behavioral health.

Over the years, I have worked in the capacity of peer recovery with RI, volunteered in other organizations like REN answering mental health crisis calls and more recently for Community Bridges Inc. known as CBI, outreaching services to the homeless. So, I have had many

interactions with Phoenix police and fire departments. I had never been treated so unprofessionally as I was on May 27, 2023. My civil rights were violated from the very beginning of this incident by all the first responders to my 911 call for services, after I had just been injured in a hit-and-run accident and there has been no resolution whatsoever after many complaints.

    I have exhausted every avenue of resources available. Every attorney and law firm has said they cannot risk their integrity while taking a case for me without seeing body cam footage first. I ordered that four months ago and have been told numerous times that records requests are so backlogged it may take as long as two years to return a copy to me. I only just received CAD notes to the body cam. There was never any incident report created and no follow up would be provided as the officer stated that damages were below the threshold of doing a report. That statement in the CAD notes is completely false. I do have estimates of those damages to a commercially owned Prius, now considered a total loss.

    As for the PFD I do not know why the many attempts to complain about the firefighter have been ignored but it frightens everyone when I share the details of this incident. My complaints about a police officer were rather easy to navigate and on June 1, I submitted the complaints to the PSB in an online portal in Phoenix.gov website. Sergeant Jackson of the PSB reviewed the body cam, he called me back to tell me that he did determine it to be excessive and sent the complaint to the officers supervisor. Officer Morris' supervisor Sergeant Snider did call me back, but he was more concerned about the $400 that I stated was missing from my wallet and console, wanted to know if I had proof of proper receipt of the cash and never even asked about my injuries, the car accident nothing to resolve these issues.

    So, I contacted AZPOST and there is never a phone call or email correspondence that goes unanswered right away. There is an open citizen complaint case with an AZPOST compliance specialist that is working with me now. And with the upcoming deadline of Nov 27 2023, I cannot give up. I have a lot of other information ready to present, such as medical reports and AHCCCS has been informed of my plans. I am applying to proceed In Forma Pauperis and Pro Se. While I am not an attorney, I am a fast learner. US District Courts make it rather easy to access documents and forms online for civil complaints. I have prepared what I can quickly. I hope I am choosing the right form by directing it into a civil complaint and not just a civil rights complaint. I do thank you all for the opportunity to exercise another of my civil rights pro se.
Sincerely,
    Sharyl Guthrie