IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sharyl Guthrie,<br><br>                 Plaintiff,<br><br>vs.<br><br>Phoenix Police Department, et al.,<br><br>                 Defendants. | No.  CV-23-02410-PHX-SPL<br><br>**ORDER** |

Pursuant to the parties' stipulation,

**IT IS ORDERED:**

1.      That the Stipulation to Dismiss (Doc. 52) is **granted**;

2.      That this action is **dismissed with prejudice** in its entirety;

3.      That each party shall bear its own costs and attorneys' fees; and

4.      That the Clerk of Court shall terminate this action.

Dated this 14th day of October, 2025.

Honorable Steven P. Logan
United States District Judge